# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE JACKSON, <br> Plaintiff, <br> v. <br> FELECIA HODGE, et al. <br> Defendants. | Case No. CV 15-01169 PSG (RAO) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Plaintiff raises three main arguments: (1) the Report applies the wrong legal standard; (2) the Report fails to acknowledge that Plaintiff's claims are inextricably connected; and (3) the Report fails to analyze Plaintiff's original claims under the Eighth Amendment. Contrary to Plaintiff's assertion, the Report not only analyzes

Plaintiff's allegations under the Eighth Amendment but also takes the applicable legal standard from the very case cited by Plaintiff, *Farmer v. Brennan*. (*See* Dkt. No. 22 at 16.) Plaintiff's contention that his claims must be construed as inextricably connected is not well founded, as the Report analyzed Plaintiff's allegations under various possible legal frameworks, including several that Plaintiff himself did not explicitly raise. That Plaintiff raises multiple claims concerning the same factual allegations does not alter the manner in which the appropriate legal standards for each claim must be applied. Finally, with respect to Plaintiff's objection regarding his original claims, the Court notes that the Report properly analyzes the claims of the operative pleading, including under the Eighth Amendment. Accordingly, the Court is not persuaded by Plaintiff's objections.

IT IS ORDERED that Plaintiff's First Amended Complaint (Dkt. No. 8) is dismissed without leave to amend and with prejudice.

DATED: 6/28/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE