# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>FELECIA HODGE, et al.<br><br>Defendants. | Case No. CV 15-01169 PSG (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: 6/28/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE